

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2025

No. 04-25-00533-CV

**REVA SAN ANTONIO HQ MT LLC**,
Appellant

v.

**ALORICA SAN ANTONIO PROPERTY OWNER, LLC** and Richard Bennett,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-11323
Honorable Laura Salinas, Judge Presiding

**ORDER**

Sitting:      Irene Rios, Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are assessed against appellant REVA San Antonio HQ MT, LLC. *See* TEX. R. APP. P. 42.1(d).

It is so **ORDERED** on September 10, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2025.

_____
Caitlin A. McCamish, Clerk of Court